IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-00558-MSK-OES

DEBORAH DIXON,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY, a public entity operating a public hospital.

    Defendants.

## ORDER REGARDING COMPLIANCE WITH RULES

THIS MATTER comes before the Court on the Motion in Limine **(#45)** filed October 20, 2005, by Plaintiff Deborah Dixon. A review of the Motion indicates that Plaintiff has not complied with applicable provisions of the Federal Rules of Civil Procedure or the United States District Court for the District of Colorado Local Rules of Practice dated April 15, 2002, specifically, an adequate D.C.COLO.LCivR 7.1(A),

**IT IS THEREFORE ORDERED** that the Motion in Limine is **DENIED**, without prejudice.

Dated this 20th day of October, 2005.

                                         **BY THE COURT:**

*/s/ Marcia S. Krieger*

                                         Marcia S. Krieger
                                         United States District Judge