IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00558-MSK-OES

DEBORAH DIXON,

    Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY, a public entity operating a public hospital.

    Defendants.

_____

## ORDER RESCHEDULING TRIAL
_____

The five (5) day jury trial previously set for March 27, 2006 **is hereby reset to May 15, 2006 at 1:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. This setting is on a trailing docket in a second position.

DATED this 30th day of December 2005.

                                        **BY THE COURT:**

                                        *Marcia S. Krieger* (signature)

                                        Marcia S. Krieger
                                        United States District Judge