IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-00558-MSK-OES

DEBORAH DIXON,

      Plaintiff,

v.

DENVER HEALTH AND HOSPITAL AUTHORITY, a public entity operating a public hospital.

      Defendants.

_____

## ORDER TO CLOSE CASE
_____

THIS MATTER having come before the Court, *sua sponte,* and the record revealing that the matter has been concluded,

IT IS ORDERED that the Clerk shall close the case.

Dated this 9th day of January 2006.

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge